THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
William Marion Mills,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-372
Submitted March 26, 2003 - Filed 
 May 21, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
Respondent.
 
 
 

PER CURIAM:  William Marion Mills was convicted of first degree burglary, 
 resisting arrest, and petit larceny.  He was sentenced to twenty years for first 
 degree burglary, one year for resisting arrest, and thirty days for petit larceny.  
 Millss appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Mills filed a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.